NATHAN WELITOFF, complainant-appellant,

*v.*

FIDELITY TITLE AND MORTGAGE COMPANY et al., defendants-respondents.

[Submitted May 27th, 1932. Decided October 17th, 1932.]

*Messrs. Melosh, Morton & Melosh,* for the appellant.

*Mr. James S. De Turck,* for the respondent.

Per Curiam.

The decree under review will be affirmed, for the reasons stated in the *per curiam* opinion of Vice-Chancellor Lewis *ubi supra.*

*For affirmance*—The Chancellor, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Brogan, Van Buskirk, Kays, Dear, Wells, Kerney, JJ. 13.

*For reversal*—None.